**STATE of Missouri, Respondent,**

v.

**Claudine A. KRCH, Appellant.**

**No. WD 55116.**

Missouri Court of Appeals,
Western District.

June 30, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 22, 1998.

Claudine A. Krch, Turney, pro se.

W. Mitchell Elliott, Pros. Atty., Clinton
County, Gower, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN
and RIEDERER, JJ.

**ORDER**

PER CURIAM.

Appellant was convicted by the trial court
of speeding on a county road, Section
304.010, RSMo 1994, and fined $125. Judgment affirmed. Rule 30.25(b).